Amelia B. Bratton, appellee, v. Charles J. Johnson et al., on appeal of Charles J. Johnson, appellant. Gen. No. 25,937.

Action for damages for assault and battery. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Opinion filed November 7, 1921.

Anderson & Anderson, for appellant. Cleland, Lee & Phelps, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Bartholomae and Roesing Brewing & Malting Company, appellee, v. John Frlicka, appellant. Gen. No. 25,958.

Action upon a promissory note. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 7, 1921.

Joseph C. Pisha and Ewart Harris, for appellant. Winston, Strawn & Shaw, for appellee; Ross D. Netherton, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Mary McMahon, appellee, v. Chicago Railways Company et al., operating under name of Chicago Surface Lines, appellants. Gen. No. 25,981.

Action for personal injuries to plaintiff while she was alighting from defendants' street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in this court at the March term, 1920. Reversed with finding of facts. Opinion filed November 7, 1921.

Frank L. Kriete and William H. Symmes, for appellants; J. R. Guilliams and Charles C. Cunningham, of counsel. Pollock & Rainey and John E. Crahen, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

John Stevens, appellee, v. National Society of Fruitvalers et al., appellants. Gen. No. 26,087.

Action by plaintiff on behalf of a bank upon a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 7, 1921.

Isadore S. Blumenthal, for appellants. Adams, Childs, Bobb & Wescott, for appellee; B. F. Richolson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.